# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TALLI MCFADDEN,** : | | |
| Petitioner : | | |
| : | No. 1:22-cv-00246 | |
| v. : | | |
| : | (Judge Kane) | |
| **HERMAN QUAY,** : | | |
| Respondent : | | |

## ORDER

**AND NOW**, on this 23rd day of May 2023, upon consideration of pro se Petitioner Talli McFadden ("Petitioner")'s complaint, which has been construed by the Court as a petition for a writ of habeas corpus filed pursuant to the provisions of 28 U.S.C. § 2241 (Doc. No. 2), and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. No. 2) is **DISMISSED** pursuant to 28 U.S.C. § 2244(a);

2. Petitioner's motion for the appointment of counsel (Doc. No. 3) is **DENIED as moot**; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania